# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DWAYNE FOLSE                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA ET AL.                       NO.: 18-121-BAJ-EWD

## ORDER

On February 5, 2018, Dwayne Folse, proceeding *pro se*, petitioned the Court for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). On July 2, 2019, Folse filed a document entitled "Writ of Habeas Corpus Pursuant to Fed. R. Civ. P. 56, with Rule 12 of Rules Governing Section 2254 Cases; and Petitioner's Initiated Summary Judgment Upon the State's Untimely Procedural Default, and Prejudicial Delay Under Rule 9(a), Petitioner Seeks Determination by the Court and/or Evidentiary Hearing; Habeas Rule 8." (Doc. 20). Although the document is difficult to decipher, it appears to request expedited adjudication of Folse's Petition for Writ of Habeas Corpus. (Doc. 1). But it presents no reason why this habeas case should be prioritized over older habeas cases. *See, e.g.*, Civil Action Nos. 15-CV-86, 16-CV-346, 16-CV-366, 16-CV-734, 16-CV-739, 16-CV-770, 17-CV-159, 17-CV-266, 17-CV-339, 17-CV-448.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 20)** is **DENIED**.


Baton Rouge, Louisiana, this 29th day of August, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**